No. 103. UNITED STATES *v.* ARMOUR & CO. ET AL. Appeal from D. C. N. D. Ill. Probable jurisdiction noted. *Solicitor General Griswold, Deputy Assistant Attorney General Hammond,* and *Howard E. Shapiro* for the United States. *Herbert A. Bergson, Howard Adler, Jr., James H. Kelley, Carol Garfiel,* and *Edwin E. McAmis* for appellee General Host Corp.

No. 179. ROGERS, SECRETARY OF STATE *v.* BELLEI. Appeal from D. C. D. C. Probable jurisdiction noted. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Charles Gordon* for appellant. *O. John Rogge* for appellee. ▮

No. 131. DANDRIDGE, CHAIRMAN, MARYLAND BOARD OF PUBLIC WELFARE, ET AL. *v.* WILLIAMS ET AL. Appeal from D. C. Md. Motion of appellees for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted▮ *Francis B. Burch,* Attorney General of Maryland, *Robert F. Sweeney,* Deputy Attorney General, and *George W. Liebmann* and *Michael McWilliams,* Assistant Attorneys General, for appellants. ▮

No. 185. REETZ, COMMISSIONER OF FISH AND GAME OF ALASKA, ET AL. *v.* BOZANICH ET AL. Appeal from D. C. Alaska. Probable jurisdiction noted and case set for oral argument with No. 301 [probable jurisdiction noted, *infra,* p. 812]. *G. Kent Edwards,* Attorney General of Alaska, and *Robert L. Hartig,* Assistant Attorney General, for appellants. *Seth Warner Morrison III* for appellees. ▮